| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Kozinski, Alex | 2. Court or Organization<br>U.S.Court of Appeals, 9th Cir. | 3. Date of Report<br>5/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge-Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>125 S. Grand Avenue, Suite 200<br>Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. All Limited Partnerships | Reported in Section VII |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 13 A 11:26 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 3/7-3/14 | Drake University Law School - Des Moines, IO-Lecture Fee | 20,000 |
| 2. | 3/30 | American Conference Institute-San Franciso, Ca. -Lecture Fee | 1,500 |
| 3. | 6/25 | Colorado Bar Assn. -Denver Co. - Lecture Fee | 2000 |
| 4. | 9/28-29 | University of Southern California-Los Angeles, Ca. | 4000 |
| 5. | 12/1-2 | Microsoft Corp.-Redmond Washington | 3000 |
| 6. | 12/04 | Legal Affrs Magazine | 260 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Annual | Wyner & Tiffany, Attorneys at Law (partner) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Nat'l Association of Criminal Defense Lawyers - Aspen, Co. | Jan. 27-Feb. 1 Travel & Lodging (self ▓▓) |
| 2. | Drake University Law School - Des Moines, IO | March 7-14 Travel & Lodging |
| 3. | ABTL- Carmel, Ca. | March 19-21 Travel & Lodging (self ▓▓) |
| 4. | American Conference Institute - San Francisco, Ca. | March 30 Travel |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 5. | Univ. of San Diego - San Diego, Ca. | April 23-25 Travel & lodging (self █████) |
| 6. | California Bankruptcy Forum - Yosemite, Ca. | May 14-16 Travel & lodging (self █████) |
| 7. | Marriage Ceremony - Larchmont, New York | June 11-13 Travel & lodging |
| 8. | The Burton Awards - Washington, D.C. | June 13-15 Travel & lodging |
| 9. | Colorado Bar Assn. - Denver, Co. | June 25 Travel |
| 10. | Assn. of Reporters of Judical Opinions - New York, N.Y. | July 29-30 Travel & lodging |
| 11. | ABTL - Kohala Coast, Hi. | Oct. 20-24 Travel & lodging (self █████) |
| 12. | William & Mary School of Law- Williamsburg, Va. | Nov. 5-6 Travel & lodging |
| 13. | The Federalist Society - Washington, D.C. | Nov. 11-13 Travel & lodging |
| 14. | Copyright Society - New York, N.Y. | Nov. 18-21 Travel & lodging |
| 15. | Microsoft Corp. - Redmond, Washington | Dec. 1-2 Travel & lodging |
| 16. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▪ Con Edison | A | Dividend | K | T | | | | | |
| 2. ▪ Puge Sound | A | Dividend | J | T | | | | | |
| 3. RMA Tax Free Fund, Inc. | A | Interest | J | T | Sell/Buy | Var | J | | |
| 4. ▪ San Fran. Bay RPD | A | Interest | J | T | Sold | 7/1 | J | | |
| 5. ▪ LA CO CA CTFS PRTS | A | Interest | J | T | | | | | |
| 6. ▪ Ref Corp - Bonds | A | Interest | J | T | Sold | 4/15 | J | | |
| 7. ▪ CATS SERV U-COUP | A | Interest | J | T | Sold | 8/15 | J | | |
| 8. ▪ Strips-TINT | A | Interest | J | T | | | | | |
| 9. ▪ Strips-TINT | A | Interest | J | T | | | | | |
| 10. ▪ Ref Corp - Bonds | A | Interest | J | T | | | | | |
| 11. ▪ Ref Corp - Bonds | A | Interest | J | T | | | | | |
| 12. ▪ Ref Corp - Bonds | A | Interest | J | T | | | | | |
| 13. ▪ Ref Corp - Bonds | A | Interest | J | T | | | | | |
| 14. ▪ Sanmina-SCI | A | Dividend | J | T | | | | | |
| 15. ▪ Stancopr | A | Interest | J | T | | | | | |
| 16. American Funds Capital Income Builder Fund | A | Interest | L | T | Buy | 12/14 | L | | |
| 17. Dreyfus Muni Money Market Fund | E | Interest | M | T | | | | | |
| 18. ▪ William Blair Growth Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ▮▮Coca Cola | A | Dividend | J | T | | | | | |
| 20. ▮▮Fidelity Devonshire Fund | A | Dividend | J | T | | | | | |
| 21. ▮▮Fidelity Equity Income F | A | Dividend | J | T | | | | | |
| 22. ▮▮Fidelity Equity Income II Fund | A | Dividend | J | T | | | | | |
| 23. ▮▮Fidelity Low Priced Stock Fund | A | Dividend | K | T | | | | | |
| 24. ▮▮Scudder Growth & Income Fund | A | Dividend | J | T | | | | | |
| 25. ▮▮Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 26. ▮▮Longleaf Partners Fund | A | Dividend | K | T | | | | | |
| 27. ▮▮Managers Int'l Equity Fund | A | Dividend | K | T | | | | | |
| 28. ▮▮Wells Fargo Fnds Montgomery Emerging Markets | A | Dividend | J | T | | | | | |
| 29. ▮▮White Oak Growth Fund | A | Dividend | J | T | | | | | |
| 30. ▮▮Royce Penn Mutual Fund | A | Dividend | K | T | | | | | |
| 31. ▮▮Strong High Yield Fund | A | Dividend | J | T | | | | | |
| 32. ▮▮Torray Fund | A | Dividend | K | T | | | | | |
| 33. Individual Retirement Accounts: | | | | | | | | | |
| 34. ▮▮AT&T Corp | A | Dividend | J | T | | | | | |
| 35. ▮▮Comcast | A | Dividend | J | T | | | | | |
| 36. ▮▮AT&T Wireless Svcs | A | Dividend | J | T | Cash Merger | 10/27 | J | A | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,000-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. ▨ ChevronTexaco Corp. | A | Dividend | J | T | Split | 9/10 | J | | |
| 38. ▨ General Motors | A | Dividend | J | T | | | | | |
| 39. ▨ Delphi Automotive | A | Dividend | J | T | – | | | | |
| 40. ▨ CTF Acct. Treas. | B | Interest | K | T | | | | | |
| 41. Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 42. Schwab S&P 500 Inv. Shs | A | Dividend | J | T | Buy | 1/27 | J | | |
| 43. ▨ Goodyear Tire | A | Dividend | J | T | | | | | |
| 44. ▨ 3M | A | Dividend | J | T | | | | | |
| 45. ▨ CTF Acct. Treas | B | Interest | K | T | | | | | |
| 46. ▨ Sep. Trdg. Reg. | A | Interest | J | T | | | | | |
| 47. Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 48. Schwab Total Stk Mkt-Inv | A | Interest | J | T | Buy | 1/27 | J | | |
| 49. Dreyfus Short Inter Government | A | Dividend | J | T | Buy | 3/12 | J | | |
| 50. Spartan US Equity Index | A | Dividend | K | T | Buy | 3/12 | J | | |
| 51. (PTR) Historic Pre. Prop. | A | Interest | J | U | | | | | |
| 52. (PTR)Wingate Hsg. II | A | Interest | J | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,901-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,001-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Honorariums Received from USC, Microsoft Corp. and Legal Affairs Magazine were donated to the charitable organizations identified in the attached letter.

ALEX KOZINSKI
U.S. Circuit Judge

May 6, 2005

(626) 229-7140
Fax:   229-7444
kozinski@usc.edu

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Dear Sirs:

This is a Supplement to my Financial Disclosure Report for the Calendar Year 2004. It is a further explanation of No. VIII.

Honoraria from speaking engagements were donated to the following organizations:

| | |
|---|---|
| UCLA Law School | $2,000 |
| The Federalist Society | 1,000 |
| Central Altadena Little League | 500 |
| Girls Scouts Mount Wilson Vista Council | 500 |
| Palos Verdes High School Grad Nite 2005 | 1,000 |
| Competitive Enterprise Institute | 1,000 |
| Reason Foundation | 1,000 |
| American Constitution Society | 250 |



dms

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 5/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___May 6, 2005___

NOTE: ANY ~~PERSON~~ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544